Mike WALSH, Plaintiff–Appellee,

v.

JEFF DAVIS COUNTY, James Laddie Boatright, Jr., Former Sheriff of Jeff Davis County, Individually and in his Official Capacity, Richard Deas, Sheriff of Jeff Davis County in his Official Capacity, Chief Jailer Greg Rainey, Sr., Individually and in his Official Capacity as Chief Jailer of Jeff Davis County, Jailer Tammy Toler, Individually as Jailer of Jeff Davis County, et al., Defendants–Appellees,

Jailer Dexter Conaway, Jailer Linda Lewis, Defendants–Appellants.

No. 12–12301
Non–Argument Calendar.

United States Court of Appeals,
Eleventh Circuit.

Sept. 11, 2012.

Foy R. Devine, Diane Festin Laross, Bryan Cave, LLP, Atlanta, GA, for Plaintiff–Appellee.

Richard Strickland, Paul Michael Scott, Brown Readdick Bumgartner Carter Strickland & Watkins, LLP, Brunswick, GA, for Defendant–Appellant.

Before TJOFLAT, HULL and KRAVITCH, Circuit Judges.

---

PER CURIAM:

Defendants–Appellants Dexter Conaway and Linda Lewis, employees at the Jeff Davis County Jail, bring this interlocutory appeal of the district court's order denying them summary judgment in Plaintiff–Appellee Mike Walsh's 42 U.S.C. § 1983 action alleging they were deliberately indifferent to Walsh's serious medical need. After review of the record and briefs, the Court concludes the Defendants–Appellants have not shown reversible error in the district court's denial of summary judgment based on qualified immunity.

**AFFIRMED.**